UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 12 CV 04071

Richard Youmans

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York
dora B  Schriro   D.O.C. N.Y.C.
Mayor Bloomberg
Governor  Cuomo
Ex  Governor Paterson
Ex  Governor Spitzer
Ex Governor Pataki
_____
Corizon  Correction Medical Manager John Doe
_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes  ☐ No

(check one)

42 U.S.C.S. 1983 - 2000ee

RECEIVED
MAY 21 2012
PRO SE OFFICE

## I.  Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name    Richard Youmans
             ID #    875 06 02748
             Current Institution    A.M.K.C.
             Address    18 18  Hazen Street East Elmhurst New York
                        11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name City of New York _____ Shield #_____

Where Currently Employed Corporation Counsel _____

Address 100 Court Street _____

New York, New York 10007 _____

Defendant No. 2    Name Dora B. Schriro _____ Shield #_____

Where Currently Employed Department of Corrections

Address 75-20 Astoria Boulevard _____

East Elmhurst N.Y., 11370 _____

Defendant No. 3    Name Mayor Bloomberg _____ Shield #_____

Where Currently Employed Gracie Mansion _____

Address City Hall   New York, New York 10007 ____

Defendant No. 4    Name Governor Cuomo - ██ _____ Shield #_____

Where Currently Employed _____

Address EXECUTIVE CHAMBERS... _____

Defendant No. 5    Name Ex--Governor Paterson _____ Shield #_____

Where Currently Employed _____

Address EXECUTIVE CHAMBERS... _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? A.M.K.C.,
R.N.D.C., G.M.D.C., G.R.V.C., AND O.B.C.C.

B.    Where in the institution did the events giving rise to your claim(s) occur? Entire Insti-
-tution; Receiving-Room, Housing-Areas, Medical-Clinic
,Yard, ETC...

C.    What date and approximate time did the events giving rise to your claim(s) occur?From--
November 14, 2006--To--the present-Day...

Defendant No. 1    Name _Ex Governor Spitzer_ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 2    Name _Ex Governor pataki_ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 3    Name   John Doe Corizon Manager medical Shield # _____

Where Currently Employed    A.M.K.C. C-95

Address   18 18 Hazen Street

_____ East Elmhurst New York 11370 _____

Defendant No. 4    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.   Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____

_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____

_____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

D.   Facts: That the deponent Richard Youmans has been detained for
6-Years and he was not notified that he was being exposed to
Medical and Toxic waste material, until he received a copy of
the LEGAL AID SOCIETY response to Judge Baer Jr. declaring that
the New York City Department of Corrections has monitors for
the methane expulsions on RIKERS.  As we looked further it is al-
-so on line, and explains why the deponent has had such extensive
headaches, et,al. Corizon Health manager at A.M.,K.C. refused Catscan,.
   That there are no right to know laws posted in the facility
in a clear violation of established law and procedure.
   The city of New York has purchased the Island of Rikers for
One-dollar as the land was worthless.  They build the biggest
Jail colony of the United States on the Island, of which is over
90% of  contaminated Land.  That My Wife and Family has come to
Visit me for the past years and we were unaware that they were
also aware of the contamination and its effects and affects and
they failed to notify the deponent thereof, et,al. Dora B.--
Schriro.   John Doe manager of Corizon refused 2nd opinion .
   Mayor  Bloomberg, Governor Cuomo, Ex Governors Patterson,
 And Elliot Spitzer, and Pataki all were aware that the City Jail
was on a Toxic-Landfill that emerged and emitted methane and
other dangerous gases.  That the excessive migraine headaches
are coming from the exposure....  (See Exhibits A,B,C)

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received. That for 6 straight years the depo-
-nent has been receiving headaches excessively.  He is unaware
 of all of the damages because there is No notification to
Warn People. Nor any alternatives... Denied Cat skan by
DOC medical staff because they said Brain has
to hemerage first. How would we know w/o test.
Hospitelized due to migraine at Court see ex
Migraines coined and continued & DISREGARDED by Manager..

IV.   **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are
available are exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes  V   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

A.M.K.C., R.N.D.C., G.M.D.C.,G.R.V.C. AND O.B.C.C.

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know __✓__

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No __✓__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes __✓__   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

A.M.K.C.

1.  Which claim(s) in this complaint did you grieve? ALL

2.  What was the result, if any? "NO REPLY"

3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. Deputy Warden of A.M.K.C. & Comm -issioner of Corrections- Numerous requests to above Offices...

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

2.  If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any. Security-Staff On Numerous Occassion - With No resolution of Reply

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Constant written & Verbal complaints to Security-- (Care, Custody, and Control), Numerous sick-Call Visits --- With No remedy to Date...

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.     **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). $40,000,000- Dollars for all damages & kindle and loss of life span, continued medical care and free therapy for all cancers obtained.  And for such other and further relief as deemed just and proper.  That special attention for inordinant diseases linked to the land fill project and to be checked against the insurance companies associated with the corrections officers and staff for compliance and Reliability...
To receive catscan and eliminate emotional stress ,and to receive proper toxic screening  and damages for refusal @ 27,000,000.00 dollars

**VI.**   **Previous lawsuits:**

<div style="float:left; border:1px solid; padding:4px;">On these claims</div>

**A.**   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

**B.**   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1.   Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.   Court (if federal court, name the district; if state court, name the county) _____
  _____

  3.   Docket or Index number _____

  4.   Name of Judge assigned to your case _____

  5.   Approximate date of filing lawsuit _____

  6.   Is the case still pending?  Yes _____   No _____

  If NO, give the approximate date of disposition _____

  7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
  _____
  _____

<div style="float:left; border:1px solid; padding:4px;">On other claims</div>

**C.**   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No _____

**D.**   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.   Parties to the previous lawsuit:

  Plaintiff Richard Youmans

  Defendants The City of New York & Scott-Baxter

  2.   Court (if federal court, name the district; if state court, name the county) _____
  Southern District-N.Y.

  3.   Docket or Index number 1:09 CV-01536

  4.   Name of Judge assigned to your case Deborah A. Betts/Kevin N. Fox

  5.   Approximate date of filing lawsuit 2/19/09

  6.   Is the case still pending?  Yes _____   No ✓

  If NO, give the approximate date of disposition May 28, 2010

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  Judgement         in In my favor.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of _MAY_ , 20 /2

Signature of Plaintiff     B youmans

Inmate Number     875 06 02748

Institution Address     18-18- HAZEN ST

E Elmhurst, NY. 11370

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _19_ day of _MAY_ , 20 /2, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

# EXHIBIT A

## GRIEVANT'S STATEMENT FORM

FACILITY: ANNA M. KROSS CENTER (AMKC)       GRIEVANCE # _____

GRIEVANT'S NAME: _Richard Youmans_       B&C _875 06 02748_

CATEGORY: _____   HOUSING AREA: _QL1_   DATE: _5/12/12_

---

All grievances must be submitted within 10 business days of incident and should be handwritten by the grievant only. This sheet should be used as a worksheet from which the grievance is typed onto the "Inmate Grievance Form" and remains filed in the grievant's folder.

Grievance: _There isn't any notice or warning of the methene contamination. So we, the inmates can save if not ourselves and at less our familys who come to visit us._

_Aid Society papers_  _Also - See Attached - Legal papers -_

Receipt # (If Applicable) _____

Action Requested: _To place notice or sign warning people of the methene issue._

---

Have you filed this grievance with any other Agency or Court? _____ Yes _✓_ No

Have you filed this grievance with the Inspector General's Office? _✓_ Yes _____ No

_____ Grievant agrees to have his statement edited for clarification by the IGRC staff.

_____ I am requesting that the grievance be written for me by the IGRC staff.

_5-12-12_
Date

_R Youmans_
Grievant's Signature

**THE
LEGAL
AID
SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

April 2, 2012

**BY E-MAIL**
Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, N.Y. 10007

Re:     *Benjamin v. Schriro*, 75 Civ. 3073
        Correspondence from Blake Wingate

Dear Judge Baer:

        We have received additional correspondence from Mr. Wingate, forwarded by the
Court with a request for comment. As before, Mr. Wingate complains of a number of
matters that are not part of the *Benjamin* litigation, some of which do not raise issues of
federal law—though he does also allege some violations of the *Benjamin* orders, as
described below. Most of the non-*Benjamin* matters are issues which, if Mr. Wingate or
any other prisoner raised them with us directly, we would request that the Department of
Correction investigate and correct. We therefore include those requests in this letter and
trust that the Department will address them in the usual course. We have cc'd Constituent
Services, the office within the Department to which we ordinarily direct such complaints.

        We note (as is presumably obvious anyway) that this office does not have the staff
and resources to investigate and litigate all potentially meritorious issues raised by all
prisoners. That is the case with most of what Mr. Wingate asserts.

        Mr. Wingate refers to a visit from the "compliance consultant" to his housing area,
Dorm 12 at the George Motchan Detention Center, that missed several problems. OCC
confirms that it visited his housing unit on the relevant date for a sanitation inspection. The
items Mr. Wingate complains of do not appear to be sanitation-related. However, two of
them are *Benjamin* order-related issues, and the third certainly should be corrected.

        We therefore request that the defendants address the following:

- Mr. Wingate says there is something wrong with the dayroom vent. Defendants are
  required under this Court's orders to keep the ventilation system in working order,
  and if the dayroom vent does not work, they should repair it.

Hon. Harold Baer, Jr.

- Mr. Wingate states that "the windows are screw sealed shut on one side in the day room and the housing unit." If that is the case, it would appear to violate the April 26, 2001 environmental health order, ¶ 15(d), which provides: "Defendants shall ensure that all windows which are designed to be opened are operational." Defendants should ensure that all the windows in this housing unit are operational.

- Mr. Wingate states that the pressure in the sinks is too strong: "They push water all over you so the sinks are illegally plugged of which is another health violation. . . ." The condition of plumbing is no longer an issue in *Benjamin*. However, if the sinks in this housing area are not working correctly, obviously defendants should promptly repair them.

Mr. Wingate states that he was summoned to a video conference but was not informed of whom the conference was with. We are not aware of any legal requirement to be so informed, but it certainly is more courteous, and more likely to lead to the prisoner's participation in the conference, to do so. We suggest to the defendants that they so instruct their staff.

Mr. Wingate states that forms for medical diets are not given out. As noted in our response to Mr. Wingate's previous correspondence, the consent decree provisions governing medical diets were terminated a decade ago and they are no longer an issue in *Benjamin*. We have complained to the Department of Correction about Mr. Wingate's dietary issues on more than one occasion. (The jail dietitians work for the Department and not for Correctional Health Services or the medical contractor Prison Health Services, Inc.) Mr. Wingate is far from the only prisoner to complain to us about failure to provide medically required diets. If facility personnel are not following Department procedure with respect to medical diets, the Department should ensure that they do so.

Mr. Wingate states that he fears retaliation for his history as an Inmate Liaison Committee advocate and seeks "preventive measures by the Minimum Standards Court." There is no Minimum Standards Court, unfortunately. If Mr. Wingate fears for his safety, he should be interviewed by Security in the jail, and if he is found to be in danger, he should be transferred to a location where he can be held safety. (This is the request we make as a matter of course when a City jail prisoner complains of a safety threat.)

Mr. Wingate states that he has been assigned to jobs but has not been able to perform them because line staff refuse to honor the assignments made by higher authority. Such an allegation of insubordination should clearly be investigated by the Department of Correction. If Mr. Wingate is being discriminated against because of his past history of advocacy, such action would violate Section 1-01(b) of the Minimum Standards ("Prisoners shall be afforded equal opportunity in all decisions including, but not limited to, work and housing assignments, classification, and discipline.").

Mr. Wingate states that he has not been allowed the required time in the facility law library. The Minimum Standards at § 1-08(f)(2) require that each law library be open five

Case 7:12-cv-04071-KMK   Document 2   Filed 05/21/12   Page 13 of 28   April 2, 2012
Honorable Harold Baer, Jr.

Page 3

days a week, and each prisoner who requests shall be granted two hours in the library each day it is open. From his description, it appears that law library periods are severely truncated for all attendees and not just Mr. Wingate. Mr. Wingate also states that jail staff do not implement the "recall" procedure that allows prisoners who miss their regular law library sessions because of conflicts with other institutional activities to make up the time. This recall procedure is provided for in defendants' Directive 3501, § III.D.4. Mr. Wingate has clearly alleged failures by Department staff at GMDC to comply with the Minimum Standards and Departmental policy, and defendants should investigate these allegations and take corrective action as needed.

Mr. Wingate states that mail is only delivered three times a week rather than daily. We do not find a rule prescribing the frequency of mail delivery. However, the Minimum Standards at § 11-01(d)(1) provide: "Incoming correspondence shall be delivered to the intended prisoner within 48 hours of receipt by the Department unless the prisoner is no longer in custody of the Department." It is very unlikely that the Department is complying consistently with the 48-hour requirement if they deliver mail only three days a week, especially since under current procedure, mail is not delivered directly to each facility but to a mail-sorting facility on the Queens side of the Rikers Island bridge for processing. So we request that the Department clarify whether its policy is for daily mail delivery in the jails, or a less frequent schedule, and whether GMDC is in compliance with that schedule.

Mr. Wingate states that Rikers Island is contaminated with medical and toxic waste and vapors and he wants an order preventing him from being held there. We are not aware of such a problem of toxic contamination, except for the ongoing problem of methane generation from the landfill on which much of Rikers is built. We understand that the Department has taken measures to contain and control methane discharges and has installed equipment to detect methane contamination in jails affected by this problem.

Very truly yours,

JOHN BOSTON
VERONICA VELA
DALE A. WILKER
Attorneys for Plaintiffs

Cc:     Chlarens Orsland, Esq.
        Lewis Finkelman, Esq.
        Thomas Bergdall, Esq.
        Linda Lidz, Esq.
        Constituent Services, DOC
        John H. Doyle, III, Esq.
        Nicole Austin Best
        Blake Wingate (by mail)

# EXHIBIT B

### GRIEVANT'S STATEMENT FORM

FACILITY: ANNA M. KROSS CENTER (AMKC)      GRIEVANCE # _____

GRIEVANT'S NAME: _Richard Youmans_      B&C  875 -06 02748

CATEGORY: _____   HOUSING AREA: _QZL_   DATE: _5/16/12_

All grievances must be submitted within 10 business days of incident and should be handwritten by the grievant only. This sheet should be used as a worksheet from which the grievance is typed onto the "Inmate Grievance Form" and remains filed in the grievant's folder.

Grievance: I went to Sick Call to Complain about Severe migraine Headaches that have plague me for the last Several years. I Asked the doctor to order a test to ascertain the cause of my Headaches Namely A C.A.T. Scan... Said doctor stated that he Couldn't order any further test, and stated "You would have to be severely Hurt. OR Hemmoraging from the Brain to have a C.A.T. Scan order"...

Receipt # (If Applicable) _____

Action Requested: My medical records will Reflect This ongoing issue. And to date. No Soulution has been offered.

Have you filed this grievance with any other Agency or Court? _____ Yes _✓_ No

Have you filed this grievance with the Inspector General's Office? _✓_ Yes _____ No

_____ Grievant agrees to have his statement edited for clarification by the IGRC staff.

_____ I am requesting that the grievance be written for me by the IGRC staff.

_5-16-12_
Date

_R Youmans_
Grievant's Signature



**NYC**
**Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

## CORRECTIONAL HEALTH SERVICES
## REQUEST FOR A SECOND OPINION

Please fill out this form and drop it in the Second Opinion/Complaint Box in your facility.  If you need help with this form, ask a medical or mental health staff member.

### Information About You (please print)

Name _Richard Youmans_ _____ Book & Case Number _875-C6C2748_

Facility _AMKC_ _____ Housing Area _Q2L_

### I am asking for a second opinion about the following diagnosis and/or treatment given to me:

When did you receive the diagnosis and/or treatment? _5-14-12_

Where did you receive the diagnosis/treatment? _____

Which health care provider gave you the diagnosis/treatment? _Sick Call (Doc)_

Tell us about the diagnosis and/or treatment, and tell us why you want a second opinion. Put in as much detail as you can. Please print clearly and sign and date the form.

_I went to Sick Call to complain about_
_severe migraine headaches that have plague me_
_for the last several years. I asked the doctor to order_
_a test to ascertain the cause of my headaches. Namely,_
_a C.A.T. Scan... Said Doctor stated, that he_
_couldn't order any further test, and stated "You would_
_have to be severely hurt, or hemmoraging from_
_the Brain to have a C.A.T. Scan ordered..._
_My medical records will reflect this ongoing issue. RNDC_
And to date, No Solution has been offered. See "Med Rec" 4/16/09

Signature _Richard_ _____ Date _5-14-12_

-----------------------------------------------

FOR OFFICIAL USE ONLY

DATE RECEIVED _____     TRACKING NUMBER _____

CHS# 363 (09/07)

↓ GMDC
7/14/09
Court
Time 3:30
Dating Back
From 2006
Check medical
Records

EXHIBIT C

| DATE PPD IMPLANTED | | RESULT | DATE READ | | INITIAL |
|---|---|---|---|---|---|
| 11/14/2006 | | per state was done 2/06 00mm | 11/16/2006 | | cangemc |
| 11/14/2006 | | as per  state 2/06 00mm | 11/14/2006 | | COLLISAC |

| IMMUNIZATION | DATE |
|---|---|
| PPD implant   7/28/09.  read 00mm  7/30/09. RN | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| Dipstick | 11/14/2006 | bilirubin  sm    ketones  mod protein  tr | | | | |
| PPD | 11/14/2006 | as per state 2/06 00mm | | | | |
| RPR | 11/14/2006 | refuse | | | | |
| STD Urine Screen | 11/14/2006 | neg/neg | | | | |
| PPD | 11/14/2006 | per state was done 2/06 00mm | | | | |
| Dipstick | 11/14/2006 | abn | | | | |
| RPR | 11/14/2006 | refused | | | | |
| HIV Rapid | 7/18/2007 | neg | | | | |
| B/P | 10/31/2007 | 146/74 | | | | |
| EKG | 4/16/2009 | normal | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 11/14/2006 | HIV Rapid Refusal | RNDC | |
| Nursing Followup - repeat ua | 11/14/2006 | Nursing | RNDC | |
| Nursing Followup - repeat ua | 11/22/2006 | Nursing | RNDC | |
| Nursing Followup - repeat ua | 11/30/2006 | Nursing | RNDC | |
| Nursing Followup - repeat ua | 12/11/2006 | Nursing | RNDC | |
| Nursing Followup - repeat ua | 12/19/2006 | Nursing | RNDC | |
| Specialty - 7/6 & 8/17/07 | 7/9/2007 | Optometry | WF | |
| Nursing Followup - repeat U/A | 8/18/2007 | Abnormal Labs | GRVC | 8/21/2007 |
| Medical Followup - lbp/tendinitis of lt elbow | 8/19/2007 | Abnormal Labs | RNDC | |
| Specialty - 8/17/07 | 8/20/2007 | Optometry | WF | |
| Nursing Followup - u/a | 9/4/2007 | Nursing | RNDC | 9/18/2007 |
| Specialty - 7/6 & 8/17/07 | 9/7/2007 | Optometry | WF | 9/14/2007 |
| Nursing Followup - Elevated BP | 10/24/2007 | Medical | RNDC | 10/31/2007 |
| Dental - request cleaning | 10/24/2007 | Dental | RNDC | |
| Specialty - 10/14/08 | 10/16/2008 | Optometry | WF | |
| Specialty - 10/14/08 | 10/31/2008 | Optometry | WF | 11/4/2008 |
| Nursing Followup - Chest pain,EKG,V/S | 4/16/2009 | Nursing | RNDC | 4/16/2009 |

## MEDICATION LIST

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| 11/15/2006 | Naproxen - Tab - 500MG - 1 bid prn | 11/19/2006 |
| 11/15/2006 | Robaxin - Tab - 500MG - 1 bid | 11/19/2006 |
| 12/1/2006 | Guaifenesin - Tab - 200MG - 2 tabs PO BID | |
| 12/1/2006 | Naprosyn - Tab - 500MG - 1 tab PO BID | |
| 12/1/2006 | Sudafed - Tab - 30MG - 2 tabs PO BID | |
| 12/19/2006 | Motrin - Tab - 400MG - 1 tab po BID | |
| 12/19/2006 | Robaxin - Tab - 500MG - Take 1 tab po BID | |
| 6/10/2007 | Motrin - Tab - 400MG - 1 tab poxbid | 6/14/2007 |
| 7/12/2007 | Hydrocortisone - Ointment - 1% - top bid to axillary area | 7/26/2007 |
| 7/13/2007 | Atarax - Tab - 25MG - 1 tab bis,prn | 7/16/2007 |
| 10/24/2007 | Motrin - Tab - 400MG - 1 tab po bid x 4 days | |
| 11/6/2007 | Chlorhexidine Gluconate - Solution - 0.12% - BID | |
| 11/6/2007 | Motrin - Tab - 400MG - BID | |
| 1/24/2008 | Zithromax - Tab - 250MG - 2TABS PO X 1 STAT, THEN 1 TAB PO QD X 4DAYS | |
| 1/24/2008 | Tylenol - Tab - 325MG - 2 TABS PO TID PRN FEVER | |
| 1/24/2008 | Guaifenesin - Tab - 200MG - I TAB PO TID | |
| 4/3/2008 | Dry Skin Lotion (MO/Bing Areas) - Lotion - - qs top bid | 5/3/2008 |
| 6/3/2008 | Chlorhexidine Gluconate - Solution - 0.12% - BID | |
| 10/14/2008 | Tylenol - Tab - 325MG - 2 tab po qid,prn | 10/17/2008 |
| 10/29/2008 | Sodium Sulfacetamide - Solution - 10% - 2 gtts in RT eye qid | 11/5/2008 |
| 11/4/2008 | TobraDex - Suspension - 0.3-0.1% - 1 gtt OU qid | 11/18/2008 |
| | | |
| | | |
| | | |
| | | |



8750602748
Born 3/22/1985

4/16/2009     6:04:02 PM   Youmans, Richard

Dept: Nursing

(10009564) RNDC

Rate    51
PR      168
QRSD     91
QT      384
QTc     354

--AXIS--
P       34
QRS     68
T       35

SINUS RHYTHM ...................................normal P axis. V-rate  50- 99
. ST ELEV, PROBABLE NORMAL EARLY REPOL PATTERN.................ST elevation, age<55

- NORMAL ECG -

Unconfirmed Diagnosis

Fac: RNDC

Dev: 50401074     Speed: 25 mm/sec   Limb: 10 mm/mV   Chest: 10 mm/mV   50- 0.5- 40 Hz W   PH080A

MADE IN USA

 **NYC**
Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

Youmans, Richard
8750602748

## PROGRESS NOTE

| DATE TIME | MISSED APPOINTMENT CHART REVIEW |
|---|---|
| | Patient was scheduled to be seen today for: *(Condition)* Wants to speak about his medical Condition |
| | Type of encounter: |
| | Review of Chart (Required): No Chart |
| | |
| | |
| | Patient last seen by MD/PA for this condition on:      Type of encounter: |
| | Findings of last visit (above): |
| 12/4/09 | |
| | |
| C-95 | Appointments missed since last seen (above): *(list dates)* |
| | |
| 9:00 Am | Lab review: |
| |    Normal  [   ] |
| 12/3/09 |    Abnormal  [   ] List: |
| OK |    Needed labs ordered  [   ] List: |
| | |
| | Comments: |
| | |
| | |
| | Based on a clinical review of the medical record, patient is rescheduled for: |
| | [   ] TODAY – URGENT:  *Sign-out to the next tour* |
| | [   ] 1 – 3 days |
| | [   ] 4 – 7 days |
| | [   ] 8 – 14 days |
| | [ ✓ ] 15 – 30 days |
| | [   ] not indicated due to |
| | |
| | RESCHEDULING DATES WILL VARY BASED ON THE CLINICAL NEEDS OF THE PATIENT |
| | COMPLETED BY: Samuel Okorozo, PA     PRINT / STAMP    Samuel Okorozo, PA |
| | |

CHS 288-J (11/08)       REMINDER: FULLY COMPLETE THE PROBLEM LIST       Page 1 of 1



**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

## PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Youmans, Richard
875-06-02748, 3103238R
3/22/1985, M

| DATE | OBSERVATIONS |
|------|--------------|
| 7/14/2009 | MD Note : |
| 3:30 pm | S - 24 y/o B/♂ from Court reports sudden onset of ® sided hemicranial headache c̄ right-sided photophobia + lacrimation. |
| MD | States long h/o migraine HA usually responsive to Ibuprofen - |
| | O - T - 97.6  P - 72   R - 16   BP 125/76 |
| | HEENT - NC/AT ; PERRL ; EOMI |
| | ⊕ lacrimation ® eye. |
| | Neck - supple c̄ FROM c̄ cm |
| | Chest clear to A/P |
| | COR - S₁S₂ nl ⊖ S₃ ⊖ m, r, g |
| | abd. flat, soft, NT/ND ⊖ HSM ⊕ BS |
| | Ext FROM ⊖ c,c,c |
| | Neuro A, A, ○×3   no focal deficits |
| | A - Migraine Headache |
| | P - R̄ Ibuprofen 800 q p.o. prn ×1 |
| | Cold Compress |
| | Ibuprofen 600 q 6h PRN |
| | Pt advised to return to Clinic |
| | if symptoms persist/worsen |
| | or new symptoms develop |
| | May return to Court |
| | |
| | |

EUGENE C. MATEO, MD, MPH

CHS 288 (Rev. 9/05)



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Youmans
Richard
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B

| DATE | OBSERVATIONS |
|------|--------------|
| 7/14/07<br>P med C<br>@ 9H PM | F/U/SC<br>Ⓢ Pt seen @ mix hday while<br>@ court for H/A Ⓡ side near<br>eye<br>- Denies usual A's, IOC<br>N/V<br>- Denies trauma<br>- Pt was rx motrin hday w/ relief<br>Ⓞ BP 118/76  R16  P ?  T98'<br>Pt  a.o. x 3<br>HEENT  NC/AT<br>PERRL  EOMI<br>Ⓡ eye injected B<br>lacrimation  upper lid<br>swollen  ? sty<br>nose moist<br>moist throat s exudates<br>neck supple<br>lungs CTA / COR RRR<br>Ⓐ/Ⓟ - H/A hday — continue motrin<br>Ⓐ/Ⓟ - Ⓡ eye lacrimal — r/o sty<br>Ciprofloxacin 500 PO qid x days<br>- Visine Ⓡ eye<br>- Pt Ed |

Susan Billinghurst-Hamlet



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

YOUMANS RICHARD
875 0602748

| DATE | OBSERVATIONS |
|---|---|
| 4/16/09<br>C74<br>5.50ᵖ | NSC Note<br>S/O — Pt arrives clinic c̄ c/o chest pain.<br>- Denies any prior Hx of heart problem.<br>- A&Ox3. Able to verbalize needs well.<br>- Vitals taken. T·P·R: 98·1·64·16· B/P: 121/60.<br>- In stable condition. ———<br>- EKG done & report attached. ———<br>A/P — Pt referred to MD/PA for further<br>- evaluation. ———  _[signature]_ |
| 4/16/09<br>C74<br>610<br>Ǿ | MD Note<br>Called x2<br>B̄ per DUC , inmate left clinic after<br>_eating_ by dinner.<br>1/1 San Jose MD   Jane San Jose, MD |
| 4/16/09<br>C74<br>610ᵖ | MD Note<br>note for EKG normal<br>_[signature]_   Jane San Jose, MD |

REMINDER: FULLY COMPLETE THE PROBLEM LIST



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

**PROGRESS NOTE**

EVERY ENTRY **MUST** BE DATED AND SIGNED

Youmans, Richard
875 - 06 - 02748
3|22|85

| DATE | OBSERVATIONS |
|------|--------------|
| ① Sll | Sick Call |
| 9|21|09 | S: c/o nasal congestion. |
| 10 40 am. | Denies fever, cough, bodyaches, or N|V |
| | O: 100/60   60   16  97⁴ |
| | HEENT:  ⊕ nasal congestion. |
| | no discharge. |
| | chest:  CTA |
| | heart:  no (m̅)  S₁S₂ WNL |
| | Abdo:  N/T,  non-tender |
| | Ext:  From |
| | CNS:  A+O x3 |
| | normal gait |
| | A) P:  A Rhinitis:  ocean spray |
| | 2 spray in each nostril BID x 7 days |
| | F/u PRN. |
| | Mohammad Ya... |

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

7/14/2009
9:26:27 PM

| | | | | |
|---|---|---|---|---|
| Name: | **Youmans, Richard** | Book & Case: | **875-06-02748** | NYSID: **3103238R** |
| DOB: | **3/22/1985** | Site/Housing: | **GMDC/5MA** | |
| Drug: | **Dicloxacillin Sodium** | | | Dosage: **500MG** |
| Form: | **Cap** | SIG: | **500mg Po QID. One gram PO Stat** | |
| Reason: | **Other - Derm** | Start: | 7/14/2009 | Duration: **7 days** |
| Written by: | **Susan Billinghurst-Hamlet, PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

*Luke Aneke, MD*

### DC:

| | | | | |
|---|---|---|---|---|
| Name: | **Youmans, Richard** | Book & Case: | **875-06-02748** | NYSID: **3103238R** |
| DOB: | **3/22/1985** | Site/Housing: | **GMDC/5MA** | |
| Drug: | **Visine-A** | | | Dosage: **0.025-0.3%** |
| Form: | **Solution** | SIG: | **Apply 1-2 drops to R eye BID** | |
| Reason: | **Other - EYE** | Start: | 7/14/2009 | Duration: **7 days** |
| Written by: | **Susan Billinghurst-Hamlet, PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

*Luke Aneke, MD*

### DC:

13)6ŋ
6?
98.7

Page 1 of 1



**NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Youmans Richard

875 - 06 - 02748

| DATE | OBSERVATIONS |
|------|--------------|
| | S/C |
| 3/5/10 CC/i 8° | c/o recently typhl for aches, cl pins and vitamins for poor appetite. Was he was sweaty a lot yesterday but does chills/fever |
| | O: A + vo3, NAD ambulatory |
| | BP 110/74 · P 72 RR Tmp 98.6 |
| | AFEBT — no physical evidence/jct |
| | Con/Sleg ; lungs clear b/l |
| | Abd — ⊘ |
| | Back — Neg gurd cl spshe |
| | Neck — Neg gurd cd no tenderness |
| | O/P: R/v with sphe c muscle aches |
| | R Tylenol 325g (2) tabs as 1/4 cl |
| | R MVi for poor appetite |
| | Adv sp and fund the OD |
| | Flu pan . |
| | |
| | |
| | JN Brightman RA |

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

9/21/2009
10:55:21 AM

| | | | | |
|---|---|---|---|---|
| Name: | **Youmans, Richard** | Book & Case: | **875-06-02748** | NYSID: **3103238R** |
| DOB: | **3/22/1985** | Site/Housing: | **OBCC/5W** | |
| Drug: | **Ocean Nasal Spray** | | | Dosage: **0.65%** |
| Form: | **Solution** | SIG: | **2 sprays in each nostril bid** | |
| Reason: | **Other - A. Rhinitis** | Start: | **9/21/2009** | Duration: **7 days** |
| Written by: | **Mohammad Yazdanie, Physician** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | **DC:** | |